ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Wood Environment & Infrastructure Solutions, | ) ASBCA Nos. 62135, 62447 |
|   Inc. f/k/a Amec Foster Wheeler Environment | ) |
|   & Infrastructure, Inc. | ) |
| | ) |
| Under Contract No. FA8903-09-D-8572 | ) |

APPEARANCES FOR THE APPELLANT:        Brian G. Corgan, Esq.
                                                  Daniel B. Swaja, Esq.
                                                    Kilpatrick Townsend & Stockton LLP
                                                    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                                  Deputy Chief Trial Attorney
                                                 Lawrence M. Anderson, Esq.
                                                 Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

       The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

       It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $6,648,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

       Dated: August 16, 2021

                                                                             
                                           TIMOTHY P. MCILMAIL
                                         Administrative Judge
                                         Armed Services Board
                                         of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD           OWEN C. WILSON
Administrative Judge              Administrative Judge
Acting Chairman                  Vice Chairman
Armed Services Board            Armed Services Board
of Contract Appeals               of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62135, 62447, Appeals of Wood Environment & Infrastructure Solutions, Inc. f/k/a Amec Foster Wheeler Environment & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated: August 17, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals